# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| DONALD RICHARD CHILDS, II, <br><br> Plaintiff, <br><br> vs. <br><br> EXTRA SPACE STORAGE, INC., <br><br> Defendant. | 2:16-cv-01746-GMN-VCF <br> **ORDER** |

Before the Court is Plaintiff's Motion to Supplement Complaint. (ECF No. 13).

Under Local Rule 15-1(a), the moving party must attach the proposed amended pleading to a motion seeking leave of the court to file an amended pleading. The proposed amended pleading must be complete in and of itself without reference to the superseded pleading and must include copies of all exhibits referred to in the proposed amended pleading.

Here, no proposed amended complaint has been filed. Plaintiff does not state the nature of the supplement.

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Motion to Supplement Complaint (ECF No. 13) is DENIED without prejudice.

DATED this 24th day of October, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE