UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

DONALD RICHARD CHILDS II,

    Plaintiff,

vs.

EXTRA SPACE STORAGE, INC.,

    Defendant.

2:16-cv-01746-GMN-VCF

**MINUTE ORDER**

    Before the Court are Defendant's Motion for Terminating Sanctions; Or, in the Alternative, Motion to compel deposition of Donald Richard Childs, II (ECF No. 39) and Plaintiff's Motion to Terminate or Limit Deposition (ECF No. 40).

    IT IS HEREBY ORDERED that a hearing on Defendant's Motion for Terminating Sanctions; Or, in the Alternative, Motion to compel deposition of Donald Richard Childs, II (ECF No. 39) and Plaintiff's Motion to Terminate or Limit Deposition (ECF No. 40) is scheduled for 10:00 AM, March 14, 2017, in Courtroom 3D.

    DATED this 27th day of February, 2017.

                                              _____
                                              CAM FERENBACH
                                              UNITED STATES MAGISTRATE JUDGE