# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| DONALD RICHARD CHILDS, II, <br><br> Plaintiff, <br> vs. <br> EXTRA SPACE STORAGE, INC., <br><br> Defendants. | 2:16-cv-01746-GMN-VCF <br> **MINUTE ORDER** |

The Court has been notified that the parties have reached a settlement. (ECF No. 54).

Accordingly,

IT IS HEREBY ORDERED that the Motion for Terminating Sanctions, or, in the Alternative, Motion to Enforce Settlement Agreement (ECF No. 51) is DENIED as MOOT.

DATED this 13th day of April, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE