# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

|  |  |
|---|---|
| DONALD RICHARD CHILDS, II, | |
| Plaintiff, | 2:16-cv-01746-GMN-VCF |
| vs. | **MINUTE ORDER** |
| EXTRA SPACE STORAGE, INC., | |
| Defendants. | |

The parties have reached a settlement (ECF No. 54) and this case is now dismissed (ECF No. 59). Accordingly,

IT IS HEREBY ORDERED that the portion of the March 14, 2017 Minute Order (ECF No. 50) ordering Mr. Childs to make payments to crime victims fund is VACATED.

DATED this 4th day of May, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE